BEFORE THE SECOND DIVISION, NOVEMBER 19, 1958

**No. 62455.**—Penson & Co. v. United States, protest 293652–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of flat bars similar in all material respects to those the subject of Abstract 58580, the claim of the plaintiff was sustained.